# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| STEVE BODNAR, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:07-cv-110-RLY-TAB |
| ) | |
| STANLEY KNIGHT, Superintendent, ) | |
| ) | |
| Defendant. ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for summary judgment is **granted** and that the plaintiff take nothing by his complaint.

Date: 02/07/2008

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Steve Bodnar
#143263
Westville Control Unit
P.O. Box 473
Westville, IN 46391

Thomas D. Quigley
INDIANA STATE ATTORNEY GENERAL
thomas.quigley@atg.in.gov